UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERTA FELIZ, Individually, and On Behalf of All Others Similarly Situated,

                  Plaintiff,

-against-

I AM BEYOND LLC,

                  Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2023
```

23 Civ. 161 (AT) (JW)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant's submission dated February 8, 2023, ECF No. 12. To conduct all further proceedings before the assigned Magistrate Judge, all parties must consent and jointly execute the Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. *See* ECF No. 7.

    Accordingly, by **March 8, 2023**, the parties shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, available at https://nysd.uscourts.gov/node754/, or the parties shall file a joint letter advising the Court that the parties do not consent, **but without disclosing the identity of the party or parties who do not consent.** *See* ECF No. 7.

    SO ORDERED.

Dated: February 9, 2023
       New York, New York

                                            ANALISA TORRES
                                   United States District Judge